**92–1576.** State ex rel. Phillips v. Lorain Cty. Common Pleas Court. In Procedendo. *Sua sponte,* cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92–1584.** State ex rel. Palmer v. Franklin Cty. Common Pleas Court. *Franklin County,* No. 91AP–970. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT and H. BROWN , JJ., concur.

RESNICK, J., dissents.

**92–1587.** State ex rel. Allen v. Hamilton Cty. Court of Common Pleas. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92–1599.** State ex rel. Wood v. Ohio Dept. of Rehab. & Corr. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92–1611.** State ex rel. Hurst v. Rogers. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92–1641.** State ex rel. Brown v. State. In Mandamus. *Sua sponte,* cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT and H. BROWN , JJ., concur.

RESNICK, J., not participating.

**92–1651.** State ex rel. Kuhr v. Judges, Court of Appeals, Sixth Appellate Dist. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES and WRIGHT, JJ., concur.

DOUGLAS and H. BROWN, JJ., would grant an alternative writ.

RESNICK, J., not participating.

**92–1658.** State ex rel. Mitchell v. Houser. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92–1687.** State ex rel. Russell v. Abrams. In Mandamus. On motion to dismiss or, in the alternative, motion for extension of time, motion to determine if affidavits are valid, and motion for attorney fees.

Motion to dismiss sustained. Cause dismissed. Motion for attorney fees overruled.

MOYER, C.J., SWEENEY, HOLMES, WRIGHT and H. BROWN, JJ., concur.

DOUGLAS and RESNICK, JJ., would overrule the motion to dismiss.

**92–1712.** Harrington v. Dallman. In Habeas Corpus. On return of writ. *Sua sponte,* cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92–1725.** State ex rel. Alexander v. Montgomery Cty. Common Pleas Court. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92–1732.** State ex rel. Corethers v. Spellacy. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92–1774.** State ex rel. Anderson v. Rogers. In Coram Nobis. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.